UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| RICKY DEWAYNE EVANS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 5:07-CV-246-C |
| | ) | ECF |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## ORDER OVERRULING OBJECTIONS AND ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff is appealing an adverse decision of the Defendant, Michael J. Astrue, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge filed a Report and Recommendation, and Plaintiff filed objections to the Report and Recommendation. The Court has reviewed the record *de novo* and finds that Plaintiff's objections should be **OVERRULED** and that the Magistrate Judge's Report and Recommendation should be **ADOPTED** as the findings of this Court.

It is, therefore, **ORDERED** that Plaintiff's objections are overruled, that the findings and conclusions of the Magistrate Judge are hereby **ADOPTED** as the findings and conclusions of the Court, and that the above-styled and -numbered cause is dismissed with prejudice.

Dated this 26th day of September 2008.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE